UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-23338-BLOOM/Otazo-Reyes

IVETTE MARTINEZ,

    Plaintiff,

v.

PETSMART, INC., *a Foreign For Profit Corporation*,

    Defendant.
_____/

## ORDER ON MOTION TO DISMISS WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon Defendant Petsmart, Inc.'s Motion to Dismiss Plaintiff's Complaint or Alternative Motion for a More Definite Statement, ECF No. [6] ("Motion"). The Complaint alleges one Count of Negligence against Defendant in which Plaintiff alleges she slipped on "a liquid substance and/or a similar substance that had accumulated on the floor", and fell, sustaining "sustain severe, grievous and permanent injuries". *See* ECF No. [1-2] ¶ 12. Defendant argues that the Complaint fails to state a cognizable claim because it fails adequately to set forth factual allegations supporting necessary elements of a negligence claim, including the liquid on which Plaintiff alleges she slipped, how Defendant knew of the dangerous condition that caused her fall, and whether the alleged dangerous condition was concealed. ECF No. [6] at 8-9. Further, Defendant argues the Complaint is a shotgun pleading because it commingles elements of a Failure to Maintain and Failure to Warn claim. *Id.* at 9. Defendant thus requests that the Complaint be dismissed without prejudice. *Id.* at 10.

On September 29, 2023, the Court entered a paperless order, noting that Plaintiff was due to file a response to the Motion on September 14, 2023 pursuant to Local Rule 7.1(c) but that

Case No. 23-cv-23338-BLOOM/Otazo-Reyes

Plaintiff failed to respond. ECF No. [9]. Accordingly, the Court ordered Plaintiff to file a response to the Motion no later than October 6, 2023 and advised Plaintiff that the failure to file any response may be deemed sufficient cause to grant the motion by default. To date, Plaintiff has failed to file a response and has not sought additional time in which to do so.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant Petsmart, Inc.'s Motion to Dismiss Plaintiff's Complaint or Alternative Motion for a More Definite Statement, **ECF No. [6]**, is **GRANTED**.
2. The above-styled case is **DISMISSED WITHOUT PREJUDICE**.
3. Plaintiff may file an Amended Complaint **by October 26, 2023**.

**DONE AND ORDERED** in Chambers at Miami, Florida on October 16, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record